### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: `08CV3304`            Assigned/Issued By: `AEE`

Judge Name:                        Designated Magistrate Judge:

---

## FEE INFORMATION

***Amount Due:***    ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP          ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets      *(Victim, Against and $ Amount)*

☐ Writ _____       ☐ Other
       *(Type of Writ)*         _____
                                      *(Type of issuance)*

_____Original and _____ copies on _____ as to `DEF`.
                                         *(Date)*

_____

_____