**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| |

| STREET ADDRESS |
|---|
| |

| CITY/STATE/ZIP |
|---|
| |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL          APPOINTED COUNSEL |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 CV 3304 |
| | ) | Judge Der-Yeghiayan |
| v. | ) ) | Magistrate Judge Brown |
| Baat Construction Services, Inc., | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:   Daniel P. McAnally
      Whitfield McGann & Ketterman
      111 East Wacker Drive, Suite 2600
      Chicago, IL 60601

PLEASE TAKE NOTICE that on July 7, 2008, I electronically filed with the Clerk of the U.S. District Court, Eastern Division, an **Appearance of James T. Harrison**, in reference to the above-captioned case.

                                                /s/James T. Harrison
                                                James T. Harrison
                                                Attorney at Law


Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL  60098
Office: (815) 338-7773

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Trustees of the Chicago Regional Council ) <br> of Carpenters Pension Fund, Chicago ) <br> Regional Council of Carpenters Welfare Fund, ) <br> and Chicago Regional Council of Carpenters ) <br> Apprentice & Trainee Program Fund, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Baat Construction Services, Inc., ) <br> ) <br> Defendant. ) | Case No. 08 CV 3304 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Brown |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Appearance of James T. Harrison** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 7th day of July, 2008, using the CM/ECF system.

                              Daniel P. McAnally
                              Whitfield McGann & Ketterman
                              111 East Wacker Drive, Suite 2600
                              Chicago, IL 60601

                              /s/James T. Harrison
                              James T. Harrison
                              Attorney at Law

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020