IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund, | ) ) ) ) ) ) | Case No. 08 CV 3304 |
| Plaintiffs, | ) ) | Judge Der-Yeghiayan |
| v. | ) ) | Magistrate Judge Brown |
| Baat Construction Services, Inc., | ) ) ) | |
| Defendant. | ) | |

**MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE PLEAD
AND TO VACATE ANY TECHNICAL DEFAULTS**

NOW COMES the Defendant, Baat Construction Services, Inc., by and through its attorneys, James T. Harrison and Jacqueline H. Lower of Harrison Law Offices, P.C., and moves this Honorable Court for an extension of time in which to answer or otherwise plead to the Complaint and to vacate any technical defaults that may have been entered against the Defendant. In support of its motion, Defendant states as follows:

1. Plaintiffs, Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and the Chicago Regional Council of Carpenters Apprentice & Trainee Pension Fund, have filed on June 9, 2008, a Complaint against Defendant, Baat Construction Services, Inc. The complaint purports to state claims arising under Section 502 of the Employee Retirement Income Security Act, 29 U.S.C. § 1132 and Section 301(a) of the Labor Management Relations Act of 1947, as amended 29 U.S.C. § 185(a).

2. Defendant was served with the Complaint on or about June 14, 2008. Accordingly, the time to answer or otherwise plead is July 7, 2008.

3. Defendant has retained counsel in this matter however, Defendant's attorneys require additional time to investigate the claims set forth in the Complaint in order to file an answer or to otherwise plead.

4. If any technical defaults have been entered, Defendant respectfully requests that they be vacated.

5. There have been no previous motions seeking an extension of time filed in this case.

6. That the Court's granting of the instant motion would not result in prejudice to any party.

WHEREFORE, Defendant, Baat Construction Services, Inc., prays that this Honorable Court vacate any technical defaults that may have been entered against the Defendant, and that the Court grant Defendant until August 4, 2008 to answer or otherwise plead to Plaintiff's Complaint, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

/s/ James T. Harrison

Attorney at Law

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815)338-7773
Atty. No. 06207020

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund, | ) ) ) ) ) ) | Case No. 08 CV 3304 |
| Plaintiffs, | ) ) | Judge Der-Yeghiayan |
| v. | ) ) | Magistrate Judge Brown |
| Baat Construction Services, Inc., | ) ) ) | |

**NOTICE OF MOTION**

TO:   Daniel P. McAnally
      Whitfield McGann & Ketterman
      111 East Wacker Drive, Suite 2600
      Chicago, IL 60601

   YOU ARE HEREBY NOTIFIED that on July 10, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1903, 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present **Motion to Extend Time to Answer or Otherwise Plead and to Vacate Any Techincal Defaults**, a copy of which is hereby served upon you.

Dated: July 7, 2008                              Respectfully submitted,

                                                 /s/ James T. Harrison

                                                 Attorney at Law

James T. Harrison
Attorney at Law
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
(815) 338-7773
Atty. No. 06207020

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund, | ) ) ) ) ) ) | Case No. 08 CV 3304 |
| Plaintiffs, | ) ) | Judge Der-Yeghiayan |
| v. | ) ) | Magistrate Judge Brown |
| Baat Construction Services, Inc., | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Motion to Extend Time to Answer or Otherwise Plead and to Vacate Any Technical Defaults** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 7th day of July, 2008, using the CM/ECF system.

Daniel P. McAnally
Whitfield McGann & Ketterman
111 East Wacker Drive
Suite 2600
Chicago, IL 60601

/s/ James T. Harrison
Attorney at Law

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020