IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.  08 CV 3304 |
| v. | ) ) | Judge Der-Yeghiayan |
| BAAT CONSTRUCTION SERVICES, INC. | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' INITIAL STATUS REPORT

1) *Nature of Claims and Counterclaims*

   The Defendant is an employer which entered into Agreements which require Defendant to pay fringe benefit contributions to the Trust Funds. The Defendant is required to submit monthly reports listing the hours worked by its carpenter employees and to make concurrent payment of contributions to the Trust Funds based upon the hours worked by its carpenter employees. The Defendant did not submit the monthly reports for the period January 2008 through the present.  The Complaint seeks to compel the Defendant Employer to submit the monthly reports and pay the contributions, liquidated damages, interest and the Plaintiffs' attorney fees.  There are no counterclaims or third party complaints.

2) *Relief Sought by the Plaintiff*

   The Complaint seeks to compel the Defendant Employer to submit the monthly reports and pay the contributions, liquidated damages, interest and the Plaintiffs' attorney fees.

3) *Names of Parties Not Served*

   All parties in the current Complaint were served.

4) *Principal Legal Issues*

   Whether the Defendant is bound to a collective bargaining agreement that requires it to submit ERISA  contributions on behalf of its bargaining unit employees.

5) *<u>Principal Factual Issues</u>*

The factual issues involve determining the amount of ERISA contributions owed.

6) *<u>List of Pending Motions and Brief Summary of Bases</u>*

There are no pending motions.

7) *<u>Description of Discovery Requested and Exchanged</u>*

Plaintiffs requested that Defendant submit the outstanding reports. No discovery has been exchanged.

8) *<u>Type of Discovery Needed</u>*

Request to Produce, Interrogatories, Request to Admit Facts, and a Rule 30(b)(6) deposition will be required.

9) *<u>Proposed Dates</u>*

| | |
|---|---|
| Rule 26(a)(1) Disclosure: | August 15, 2008 |
| Fact Discovery Completion: | October 31, 2008 |
| Expert Discovery Completion and Reports: | November 14, 2008 |
| Filing of Dispositive Motions: | November 21, 2008 |

10) *<u>Estimation of When Case Ready for Trial</u>*

December 2009

11) *<u>Probable Length of Trial</u>*

One day.

12) *<u>Request for a Jury Trial?</u>*

No.

13) *<u>Settlement Discussions and Outcome</u>*

Plaintiffs have requested the outstanding reports to determine what is owed.

***14)*** *__Whether the Parties Consent to Proceed Before a Magistrate Judge__*

Plaintiffs agree to consent, Defendant does not.

                                Respectfully submitted,

                                By: s/ DANIEL P. McANALLY
                                      Attorney for Plaintiffs

Whitfield McGann & Ketterman
111 East Wacker Drive
Suite 2600
Chicago, IL 60601
Phone:  312/251-9700