IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund, | ) ) ) ) ) ) | Case No. 08 CV 3304 |
| Plaintiffs, | ) ) | Judge Der-Yeghiayan |
| v. | ) ) | Magistrate Judge Brown |
| Baat Construction Services, Inc., | ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S INITIAL STATUS REPORT

Now comes the Defendant, Baat Construction Services, Inc., by and through its attorneys, and for its *Initial Status Report,* states as follows:

1. Nature of claims and counterclaims: Action for fringe benefit contribution reports and to pay contributions under Section 502 of ERISA, 29 U.S.C. § 1132, and Section 301(a) of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. §185(a). There are no counterclaims pending.

2. Relief sought by the Plaintiff:

   a) That the Defendant be ordered to submit fringe benefit reports and pay contributions for the months of January 2008 through the present;
   b) That the Plaintiff be allowed to submit an estimate of the amount of contributions due;
   c) Liquidated damages pursuant to the trust agreements;
   d) Interest on the amount due pursuant to 29 U.S.C. § 1132(g)(2)(B);
   e) Interest or liquidated damages on the amount that is due pursuant to 29 U.S.C. § 1132(g)(2)(C);
   f) Reasonable attorney's fees and costs incurred by the Plaintiffs pursuant to the Trust Agreements and 29 U.S.C. § 1132 (g)(2)(D);
   g) Such other and further relief as deemed just and equitable all at the Defendant's costs pursuant to 29 U.S.C. § 1132 (g)(2)(E).

1

3. Names of the parties not served: None.

4. Principal legal issues: Whether Plaintiffs are entitled to the relief requested.

5. Principal factual issues: Whether Defendant failed to provide the fringe benefit contribution reports and failed to pay the monies alleged to be due and owing.

6. List of pending motions and brief summary of the bases for the motions: There are no pending motions at this time.

7. Description of discovery requested and exchanged: No discovery has yet been requested or exchanged as of this date.

8. Type of discovery needed: Interrogatories, Requests for Production, Requests to Admit, and Depositions on Plaintiffs' claims and Defendant's defenses.

9. Proposed dates for:

   Rule 26(a)(1) disclosures:   September 3, 2008;

   Fact discovery completion:   March 3, 2009;

   Expert discovery completion (including dates for delivery of expert reports): May 4, 2009;

   Filing of dispositive motions: July 1, 2009;

10. Estimation of when case will be ready for trial: September 1, 2009;

11. Probable length of trial: 2 days

12. Whether a request has been made for a jury trial: No.

13. Whether there have been settlement discussions and if so the outcome of those discussions: Preliminary discussions concerning settlement have been made; currently, the case is not yet settled.

14. Whether the parties consent to proceed before a Magistrate Judge: The Defendabt does not consent to proceed before the Magistrate Judge at this time.

15. Attorneys of record for each party:

Defendant: James T. Harrison as lead trial counsel.

    Respectfully submitted,

    By: /s/ James T. Harrison
        Attorney for Defendant

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815)338-7773
Atty. No. 06207020

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Trustees of the Chicago Regional Council ) | | |
| of Carpenters Pension Fund, Chicago ) | | |
| Regional Council of Carpenters Welfare Fund, ) | | |
| and Chicago Regional Council of Carpenters ) | | |
| Apprentice & Trainee Program Fund, ) | Case No. 08 CV 3304 | |
| ) | | |
| Plaintiffs, ) | Judge Der-Yeghiayan | |
| ) | | |
| v. ) | Magistrate Judge Brown | |
| ) | | |
| Baat Construction Services, Inc., ) | | |
| ) | | |
| Defendant. ) | | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Defendant's Initial Status Report** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 7th day of August, 2008, using the CM/ECF system.

        Daniel P. McAnally
        Whitfield McGann & Ketterman
        111 East Wacker Drive, Suite 2600
        Chicago, IL 60601


        /s/James T. Harrison
        James T. Harrison
        Attorney at Law

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020