IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, and Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund, | ) ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) |
| Baat Construction Services, Inc., | ) ) ) |
| Defendant. | ) |

Case No. 08 CV 3304

Judge Der-Yeghiayan

Magistrate Judge Brown

## JOINT JURISDICTIONAL STATUS REPORT

Now come the parties, by and through their attorneys, and for their *Joint Jurisdictional Status Report,* state as follows:

I. Subject Matter Jurisdiction: The action arises under Section 502 of the Employment Retirement Income Security Act, 29 U.S.C. § 1132 and Section 301(a) of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. § 185(a). Accordingly, jurisdiction is pursuant to federal question jurisdiction.

II. Venue (Plaintiff's Position): Plaintiffs Trust Funds receive contributions from numerous employers pursuant to Collective Bargaining Agreements between the employers and the Chicago and Northeast Illinois Regional Council of Carpenters, now known as the Chicago Regional Council of Carpenters, and therefore, are multiemployer plans. (29 U.S.C. §1002). The Trust Funds are administered at 12 East Erie Street, Chicago, Illinois. The Plaintiffs therefore submit that venue is proper in the Northern District of Illinois, Eastern Division.

Respectfully submitted,


By: /s/ Daniel P. McAnally
    Attorney for Plaintiffs


By: /s/ James T. Harrison
    Attorney for Defendant

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815)338-7773
Atty. No. 06207020

Daniel P. McAnally
Whitfield McGann & Ketterman
111 East Wacker Drive
Suite 2600
Chicago, IL. 60601
Office: (312) 251-9700

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Trustees of the Chicago Regional Council ) | | |
| of Carpenters Pension Fund, Chicago ) | | |
| Regional Council of Carpenters Welfare Fund, ) | | |
| and Chicago Regional Council of Carpenters ) | | |
| Apprentice & Trainee Program Fund, ) | Case No. 08 CV 3304 | |
| ) | | |
| Plaintiffs, ) | Judge Der-Yeghiayan | |
| ) | | |
| v. ) | Magistrate Judge Brown | |
| ) | | |
| Baat Construction Services, Inc., ) | | |
| ) | | |
| Defendant. ) | | |

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Joint Jurisdictional Status Report** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 7th day of August, 2008, using the CM/ECF system.

                      Daniel P. McAnally
                      Whitfield McGann & Ketterman
                      111 East Wacker Drive, Suite 2600
                      Chicago, IL 60601

                      /s/James T. Harrison
                      James T. Harrison
                      Attorney at Law

Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020